PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Larry Best                                         Cr.: 06-00472-001
                                                                     PACTS Number: 40561

Name of Sentencing Judicial Officer: Honorable Faith S. Hochberg

Date of Original Sentence: 11/27/06

Original Offense: Bank Robbery, 18 U.S.C. § 2113(a) and (d)

Original Sentence: 70 months imprisonment; 3 years supervised release. Special conditions: drug and alcohol treatment; mental health treatment; and DNA collection.

Type of Supervision: supervised release            Date Supervision Commenced: 10/02/09

## PETITIONING THE COURT

[ ] To extend the term of supervision for         Years, for a total term of         Years.
[x] To withdrawal the petition for the summons dated August 21, 2010, for violating the terms of his supervision, in that he was arrested by the Newark Police Department on July 27, 2010, for Simple Assault (domestic violence) and using an illegal substance (cocaine).

## CAUSE

The charge of Simple Assault was dismissed in Newark Municipal Court on October 14, 2010. In addition, the offender continues to attend and participate in outpatient substance abuse counseling at Integrity, Inc., located in Newark, New Jersey.

Respectfully submitted,

By: Susan E. Karlak
    Senior U.S. Probation Officer
Date: 07/18/11

THE COURT ORDERS:

[ ] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

7/21/2011
Date